1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TOMMY HENDERSON,

11          Plaintiff,                    No.  2:13-cv-0344 DAD P

12      vs.

13   S. TSENG, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  In addition, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

1     In accordance with the above, IT IS HEREBY ORDERED that:

2          1.  Plaintiff shall submit, within thirty days from the date of this order, a

3  completed affidavit in support of his request to proceed in forma pauperis on the form provided

4  by the Clerk of Court;

5          2.  The Clerk of the Court is directed to send plaintiff a new Application to

6  Proceed In Forma Pauperis By a Prisoner; and

7          3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8  copy of his prison trust account statement for the six month period immediately preceding the

9  filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10  recommendation that this action be dismissed without prejudice.

11  DATED: February 28, 2013.

12

13  _____

14  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

15

16  DAD:mp
    hend0344.3c+new

17

18

19

20

21

22

23

24

25

26

2